# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>SCOTT DEVEREUX,<br><br>Defendant. | Case No. 17-CR-8-JPS<br><br>**ORDER** |

On January 18, 2017, the grand jury returned a sixteen-count indictment against Defendant, charging him with several counts each of mail fraud, in violation of 18 U.S.C. § 1341, and making false documents, in violation of 18 U.S.C. § 1001(a)(3). (Docket #1). On May 2, 2017, the parties filed a plea agreement indicating that Defendant agreed to plead guilty to Counts One and Sixteen of the Indictment, and that the remaining counts would be dismissed at sentencing. (Docket #9).

The parties appeared before Magistrate Judge David E. Jones on May 10, 2017, to conduct a plea colloquy pursuant to Federal Rule of Criminal Procedure 11. (Docket #11). Defendant entered a plea of guilty as to Counts One and Sixteen of the Indictment. *Id.* After cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule 11, Magistrate Jones determined that the guilty plea was knowing and voluntary, and that the offenses charged were supported by independent factual bases containing each of the essential elements of the offenses. (Docket #12 at 1–2). On May 11, 2017, Magistrate Jones filed a Report and Recommendation with this Court, recommending that: (1) Defendant's plea of guilty be accepted; (2) a presentence investigation report be prepared;

and (3) Defendant be adjudicated guilty and have a sentence imposed accordingly. *Id.* at 2.

Pursuant to General Local Rule 72(c), 28 U.S.C. § 636(b)(1)(B), and Federal Rule of Criminal Procedure 59(b), the parties were advised that written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation. (Docket #12 at 3). To date, no party has filed such an objection. The Court has considered Magistrate Jones' recommendation and, having received no objection thereto, will adopt it.

Accordingly,

**IT IS ORDERED** that Magistrate Judge David E. Jones' Report and Recommendation (Docket #12) be and the same is hereby **ADOPTED**.

Dated at Milwaukee, Wisconsin, this 26th day of May, 2017.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge